# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTOINETTE LEVITT, et al.**, <br><br> Plaintiffs, <br><br> *v.* <br><br> **UNITED STATES**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 20-5455** |

## ORDER

**AND NOW**, this 22nd day of February, 2022, upon consideration of Defendant's Motion to Dismiss (Doc. No. 19) and Plaintiffs' Motion in Opposition to Defendant's Motion to Dismiss (Doc. No. 20), it is **ORDERED** as follows:

1. Defendant's Motion to Dismiss is **GRANTED**.

2. This case is **DISMISSED** for lack of subject matter jurisdiction.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED**.

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.